**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 20, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00318-CV

---

**JANE DOE, Appellant**

**V.**

**PIERRE CHEVRAY, M.D., Appellee**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2015-31727**

---

## MEMORANDUM OPINION

This is an appeal from a partial summary judgment granted in favor of Pierre Chevray, M.D., and signed January 6, 2016. The judgment was made final on April 6, 2016. On September 7, 2016, appellant filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.